Mark Ogden (AZ Bar No. 017018)
Sarah Silvester (AZ Bar No. 023462)
**LITTLER MENDELSON, PC**
Camelback Esplanade
2425 E. Camelback Rd., Suite 900
Phoenix, Arizona 85016
Telephone: (602) 474-3600
Email: mogden@littler.com
ssilvester@littler.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| WENDY K. ERDWURM,<br><br>        Plaintiff,<br><br>v.<br><br>IRIDIUM SATELLITE LLC,<br><br>        Defendant. | Case No. CV 10-1608-PHX-GMS<br><br>**NOTICE OF SETTLEMENT** |

Defendant Iridium Satellite LLC hereby notifies the Court that the parties reached a settlement in the above-referenced matter. The Stipulation for Dismissal with Prejudice will be filed after a Settlement Agreement has been executed.

RESPECTFULLY SUBMITTED this 17th day of June, 2011.

**LITTLER MENDELSON, PC**

/s/ *Sarah Silvester*
Mark Ogden (SBN 017018)
Sarah Silvester (SBN 023462)
Attorneys for Defendant

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 17th day of June, 2011:

David B. Goldstein
Isidore Yetnikoff
**HYMSON GOLDSTEIN & PANTILIAT, PLLC**
14646 N. Kierland Blvd., Suite 255
Scottsdale, AZ  85254
Attorneys for Plaintiff


/s/ *Janet Ziros*

Firmwide:102331781.1 060812.1001

2