# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| WENDY K. ERDWURM,<br><br>　　　　Plaintiff,<br><br>v.<br><br>IRIDIUM SATELLITE LLC,<br><br>　　　　Defendant. | Case No. CV 10-1608-PHX-GMS<br><br>**ORDER** |

　　　Pursuant to the parties' Stipulation to Dismiss with Prejudice (Doc. 26) and good cause appearing,

　　　IT IS HEREBY ORDERED this matter is dismissed with prejudice, with each party to bear its and her own attorneys' fees and costs.

　　　Dated this 12th day of August, 2011.

*A. Murray Snow*
G. Murray Snow
United States District Judge